ACCEPTED
01-15-00054-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 1:17:36 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00053-CR
# No. 01-15-00054-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/30/2015 1:17:36 PM

CHRISTOPHER A. PRINE
Clerk

In the
## Court of Appeals
For the
## First District of Texas
At Houston

———————◆———————

Nos. 1410122 & 1410123
In the 174th Criminal District Court
Of Harris County, Texas

———————◆———————

**DAMIEN SCOTT**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

## STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief.   In support of its motion, the State submits the following:

1.     Appellant was charged with felon in possession of a firearm and evading detention.

2. Appellant entered pleas of "guilty" after the trial court denied his motion to suppress.

3. The court sentenced appellant to 6 years on the felon in possession of a weapon charge and 4 years on the evading detention charge.

4. Appellant filed written notices of appeal on December 19, 2014.

5. Appellant's brief was filed June 15, 2015.

6. The State's brief was due July 15, 2015.

7. The State seeks an extension until today, September 30, 2015, to file its brief.

8. The following facts are relied upon to show good cause for the requested extension:

   a. The undersigned attorney has filed 3 briefs in the last 30 days and has four more briefs due in the next 30 days.

   b. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until September 30, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net

## CERTIFICATE OF SERVICE

This certifies the undersigned attorney requested that a copy of this document be served to appellant's attorneys via TexFile at the following email on September 30, 2015:

Melissa Martin
Attorney at Law
Email:  melissa.martin@pdo.hctx.net

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
Texas Bar No.  24025227
holloway_bridget@dao.hctx.net